| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 02-2030-2-LRR |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 3:13-00250-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: JAMALL QUINTAE SALLIS | DISTRICT NORTHERN DISTRICT OF IOWA | DIVISION Central |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Linda R. Reade, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/26/2010 — TO 01/25/2020 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846 and 860 - Conspiracy to Distribute 50 Grams or More of Cocaine Base and Conspiracy to Distribute Cocaine Base Within 1,000 Feet of a Protected Location

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/17/13
Date

Honorable Linda R. Reade
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-9-13
Effective Date

United States District Judge